FILED
OCT 4 - 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL CORTEZ,<br><br>Defendant. | Case No. 5:06-CR-00238-XR-1<br>*Hon. Judge Xavier Rodriguez* |

## ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM [55]

THIS CAUSE having come before the Court upon the Defendant's Motion to Terminate Defendant's Supervised Release Term, Dkt. Ent. 55. This Court, being fully advised as to the premises, it his hereby:

ORDERED AND ADJUDGED that based upon the reasons stated within the defendant's first and second motions, the Defendant's Motion to Terminate Defendant's Supervised Release Term is **Granted**.

**So ordered** in chambers in San Antonio, Texas this 4th day of October, 2017.

_____
Xavier Rodriguez
United States District Judge